I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1.31.12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LUNA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KELLY HARRINGTON, Warden,<br><br>　　　　Respondent. | Case No. SACV 11-1043-RGK (JPR)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On December 5, 2011, Petitioner filed objections to the Report and Recommendation, which generally repeat the arguments raised in the Petition. The Court has made a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made.

IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend and (2) Judgment be entered dismissing this action with prejudice.

DATED: January 31, 2012

_R. GARY KLAUSNER_
UNITED STATES DISTRICT JUDGE