I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-31-12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LUNA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>KELLY HARRINGTON, Warden,<br><br>　　　　　Respondent. | Case No. SACV 11-1043-RGK (JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 31, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE