JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LUNA, | ) Case No. SACV 11-1043-RGK (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| KELLY HARRINGTON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Ninth Circuit's June 13, 2013 Mandate,

IT IS ADJUDGED that Petitioner is discharged from all consequences of his conviction in Orange County Superior Court case No. 07CF1459 for violating California Penal Code section 186.22(a), the portion of his sentence based on that conviction is vacated, and the superior court is ordered to resentence Petitioner accordingly within 60 days of the date of this Judgment.

DATED: June 21, 2013

*Gary Klausner*

R. GARY KLAUSNER
U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# NOTICE PARTY SERVICE LIST

Case No. SACV11-1043-RGK (JPR)　　　Case Title   Luna v. Harrington, Warden

Title of Document   Judgment

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office, L.A. Death Penalty Coordinator |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Case Processing |
| | Chief Deputy Judicial Services |
| | CJA Supervising Attorney |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep in Chg E Div |
| | Dep in Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Managing Attorney, Legal Services Unit |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division - L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division - L.A. |
| | US Attorneys Office - Criminal Division - S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service - Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |
| | Warden, Central Calif Women's Facility |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

| | |
|---|---|
| Name: | |
| Firm: | |
| Address: | |
| | |
| | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| *JUDGE/MAGISTRATE JUDGE (list below):* |
|---|
| M. Marc Kelly, Trial/Sentencing Judge |
| O. C. Superior Court - Central Justice Center |
| 700 Civic Center Drive West |
| Santa Ana, CA 92701 |

Initials of Deputy Clerk JR